# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE L. WHEELER,<br>　　　　Plaintiff<br><br>　　　v.<br><br>LANCE M. WHEELER,<br>　　　　Defendant | : No. 69 MM 2024<br>:<br>: Court of Common Pleas of<br>: Northampton County<br>: Civil Division – LAW<br>: No. C-48-CV-2023-3731<br>:<br>: Change of Venue |
| JAMIE L. WHEELER,<br>　　　　Plaintiff<br><br>　　　v.<br><br>LANCE M. WHEELER,<br>　　　　Defendant | : No. 70 MM 2024<br>:<br>: Court of Common Pleas of<br>: Northampton County<br>: Domestic Relations Section<br>: No.: DR-0039823<br>:<br>: Change of Venue |

## ORDER

**AND NOW,** this _15th_ day of _June_, 2024, the Honorable Edward D. Reibman, of the Court of Common Pleas of Northampton County having certified to this Court an order for change of venue in the above matter pursuant to Pa.R.C.P. 1006(d)(2), it is hereby **ORDERED** that said case shall be transferred to Lehigh County in compliance with Pa.R.C.P. 1006(d)(2).

_Debra Todd_
_____
Chief Justice Debra Todd